NIAGARA WOOD WORKING COMPANY, Respondent, *v.* JUMEL REALTY AND CONSTRUCTION COMPANY et al., Appellants.

*Niagara Wood Working Co.* v. *Jumel Realty Construction Co.*, 119 App. Div. 922, affirmed.
(Argued October 12, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 28, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for goods sold and delivered.

*J. Charles Weschler* and *Sol Rothschild* for appellants.

*G. D. Judson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.